## MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. Bruce S. Jenkins

COURT REPORTER: Becky Janke
COURTROOM DEPUTY: Michael R. Weiler
INTERPRETER: None

CASE NO. 7-C-185 BSJ

Maybee v. Kroger Co.

**RECEIVED**
SEP 0 1 2009
OFFICE OF U.S. DISTRICT JUDGE
BRUCE S. JENKINS

Approved By: _____

### APPEARANCE OF COUNSEL

Pla   Marlin G. Criddle
Dft   Lewis P. Reece

DATE: August 31, 2009, 2:30 PM - 3:45 PM

MATTER SET: Final Pretrial Conference                (1hrs / 15 mins), Rm 420

DOCKET ENTRY:

Argument & discussion heard. Cnsl to revise proposed stip final pretrial order as specified on the record. Crt schedules:

- Revised stip proposed final pretrial order due to chambers nlt 9/14/2009.